1  Erika Bailey Drake (SBN 248034)
2  edrake@drakeanddrake.com
   Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8

                 UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10

11 | AMELIA GOULART STUART,        )
12 |                               ) CASE NO.: 2:15-CV-02309-DFM
   |      Plaintiff,               )
13 |                               )
14 | v.                            )
   |                               ) ORDER AWARDING
15 | CAROLYN W. COLVIN, Acting,    ) EAJA FEES
16 | Commissioner of Social Security, )
   |                               )
17 |      Defendant.               )
18 | _____ )

19
20
21      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
22      IT IS ORDERED that EAJA fees are awarded in the amount of ONE
23 THOUSAND EIGHT HUNDRED EIGHTY DOLLARS AND 00/100 ($1,880.00)
24 subject to the terms of the stipulation.
25                                         DOUGLAS F. McCORMICK
26 DATED:  October 30, 2015          _____
27                                   HON. DOUGLAS F. McCORMICK
                                     UNITED STATES MAGISTRATE JUDGE
28

-1-